K. & R. FILM CO., INC., Appellant, v. WILLIAM A. BRADY, Respondent.— Determination affirmed, with costs, and judgment absolute ordered against plaintiff pursuant to its stipulation, upon the authority of *Broadway Photoplay Co.* v. *World Film Corporation* (225 N. Y. 104). Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SIGMUND ULLMAN COMPANY, Respondent, v. J. L. MOTT IRON WORKS, Appellant.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANCES DI MARIA, an Infant, by COLOGERO DE MARIA, Her Guardian ad Litem, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict was against the weight of the evidence as to defendant's negligence. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DAVID SOKOLSKY and Another, Respondents, v. PETER SPINELL, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Page and Shearn, JJ., dissented.

OSGOOD HUNGERFORD, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, Impleaded with ELO BUILDING COMPANY, INC., and Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALLEN H. STEM, Individually, etc., v. WHITNEY WARREN and Others.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ROBERT HOLMES, Individually and as Trustee, and Others v. HUGH N. CAMP, Individually, etc., and Others.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ERNEST H. GRUENING, Respondent, Appellant, v. THE TRIBUNE ASSOCIATION, Corporate Name Changed September 7, 1918, to NEW YORK TRIBUNE, INC., Appellant, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Goldberg* v. *National Surety Co.* (136 App. Div. 516). Clarke, P. J., and Smith, J., dissented and voted to reverse on the ground that no particulars are necessary. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CHARLES N. BRIZSE, Respondent, v. FREDERICK J. LISMAN and Others, Copartners, etc., Appellants. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GERTRUDE LEVY, Appellant, v. FELIX LEVY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.